# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EDDIE JOSEPH MATTHEWS, III

NO. 2025 KW 0805

**NOVEMBER 5, 2025**

---

In Re:    Eddie Joseph Matthews, III, applying for rehearing, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          553826.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**REQUEST FOR REHEARING NOT CONSIDERED.** Relator has no right
to request a rehearing. See Uniform Rules of Louisiana Courts of
Appeal, Rules 2-18.7 & 4-9.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT